

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00281-CV

FORREST LAKE TOWNHOUSE ASSOCIATION, INC., Appellant

V.

BILLY B. MARTIN, Appellee

Appeal from the 157th District Court of Harris County.   (Tr. Ct. No. 2012-72008).

This case is an appeal from the final judgment signed by the trial court on February 11, 2014.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Forrest Lake Townhouse Association, Inc., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 27, 2015.

Panel consists of Justices Massengale, Brown, and Huddle. Opinion delivered by Justice Brown.